# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3460

_____

Colonia Insurance Company, a New   *
York corporation; Associated Insurance   *
Management Corp., a New York   *
corporation;   *
  *
   Plaintiffs-Appellants,   *
  *
Robert R. Cloar; James E. Nesland;   *
Richard P. Salgado; William J.   *
Kelleher, Jr.,   *
  *
   Appellants,   *
  *
   v.   *   Appeal from the United States
  *   District Court for the Western
City National Bank; Al E. Bradley;   *   District of Arkansas.
Larry H. Putman; Phillip Richmond; CC   *
General Agency; Carolyn Jean Cooper;   *    [UNPUBLISHED]
Donald Maurice Coleman; Marilyn J.   *
Coleman; William R. Beason; Billy W.   *
Beason; Michelle Thomas; Mark A.   *
Thomas;   *
  *
   Defendants,   *
  *
Sharon Newsom;   *
  *
   Defendant-Appellee,   *
  *
Betty I. Welch; Diana Welch; Greg   *
Welch; Midland Risk Insurance   *

Company; Ronald W. Metcalf,                    *

                                                *

          Defendants.                          *

                        _____

                 Submitted:  July 28, 1999
                     Filed:  August 13, 1999

                        _____

Before BOWMAN, FAGG, and HANSEN, Circuit Judges.

                        _____

PER CURIAM.

       The appellant insurance companies appeal from the district court's imposition of sanctions.  The appeal has been submitted on the briefs.  Having considered the record and the parties' arguments, we conclude the district court did not abuse its discretion in granting Sharon Newsom's motion for sanctions.  We also conclude an extended opinion would serve no useful purpose, and we affirm for the reasons stated by the district court.  See 8th Cir. R. 47B.

       A true copy.

          Attest:

                 CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.